# UNITED STATES DISTRICT COURT

<u>               </u> FOR THE <u>        </u> DISTRICT OF <u>       PUERTO RICO         </u>

UNITED STATES OF AMERICA,                    **APPEARANCE**

        v.                                                         CASE NUMBER: 97-071 (CCC)

JUAN SANTIAGO-VAZQUEZ, ET AL.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

<u>      May 20, 2005          </u>           <u>  s/ Jacabed Rodríguez Coss           </u>
*Date*                                              *Signature*

                              <u>Jacabed Rodríguez Coss</u>
                              *Print Name*

<u>                                          </u>           <u>Torre Chardon, Suite 1201           </u>
                              *Address*

<u>                                          </u>           <u>Hato Rey, Puerto Rico 00918        </u>
<u>                                          </u>           *City*

<u>                                          </u>           <u>(787) 766-5656                            </u>
                              Phone Number

CERTIFICATE OF SERVICE
------------------------

      I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

s/ Jacabed Rodríguez Coss<br>
Jacabed Rodríguez Coss